1

2

3

4

5

6          UNITED STATES DISTRICT COURT FOR THE
              WESTERN DISTRICT OF WASHINGTON
7                        AT SEATTLE

8                                        )
   CHORAK, et al                         )
9                                        )       CASE NO. 2:20-cv-00627-BJR
                    *Plaintiffs,*        )
10                                       )       ORDER ON CONSOLIDATION
                    v.                   )
11                                       )
   HARTFORD CASUALTY INSURANCE           )
12 COMPANY, et al,                       )
                                         )
13                  *Defendants.*        )

14

15         On November 11, 2020, the Court conducted a case management conference to discuss

16 possible consolidation of this and other like matters involving claims for business insurance

17 coverage resulting from the COVID 19 pandemic.  Federal Rule of Civil Procedure 42(a) permits

18 courts to consolidate "[i]f actions before the court involve a common question of law or fact."

19 FED. R. CIV. P. 42(a).  This rule affords "broad discretion" to consolidate cases pending in the same

20 district, either upon motion by a party or sua sponte. *In re Adams Apple, Inc.*, 829 F.2d 1484, 1487

21 (9th Cir. 1987).  Courts consider a number of factors in analyzing the appropriateness of

22 consolidation, including judicial economy, whether consolidation would expedite resolution of the

23 case, whether separate cases may yield inconsistent results, and the potential prejudice to a party

24 opposing consolidation. See 8 Moore's Federal Practice—Civil § 42.10[4-5] (2020).

25

1

Based on the case management conference and the agreement of the parties, the Court concludes that consolidation according to insurance group will best serve judicial economy in resolving the common issues presented by these cases.  As such, the Court hereby ORDERS that the cases involving the insurance groups under the Hartford family of insurers be consolidated. These cases include *Chorak v. Hartford Casualty Insurance Company* (20-cv-627); *Kim v. Sentinel Insurance Company Limited*  (20-cv-657); *Glow Medispa LLC v. Sentinel Insurance Company Limited* (20-cv-712); *Strelow v. Hartford Casualty Insurance Company* (20-cv-797); *KCJ Studios LLC et al v. Sentinel Insurance Company Limited* (20-cv-1207); *Seattle Symphony Orchestra v. Hartford Fire Insurance Company* (20-cv-1252); *SCRBKR2017 LLC v. Sentinel Insurance Company Ltd* (20-cv-1537); *Seattle Bakery LLC et al v. Sentinel Insurance Company Ltd* (20-cv-1540); *Piroshky Piroshky Bakery LLC et al v. Sentinel Insurance Company Ltd* (20-cv-1541); *Prato v. Sentinel Insurance Company Limited* (20-cv-5402); *Lee v. Sentinel Insurance Company Limited* (20-cv-5422); and *J Bells LLC v. Sentinel Insurance Company Limited* (20-cv-5820), which shall be consolidated under case number 20-cv-627 as the first filed case.  The Clerk of the Court is hereby notified of this consolidation.

DATED this 10th day of November, 2020.

BARBARA J. ROTHSTEIN
UNITED STATES DISTRICT JUDGE